**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

JUL 14 2023

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FREDI CHI-POOT,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>MERRICK B. GARLAND, Attorney General,<br><br>　　　　　　　Respondent. | No. 22-1266<br><br>Agency No.<br>A200-551-364<br><br>MEMORANDUM* |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 12, 2023**
San Francisco, California

Before: S.R. THOMAS, BENNETT, and H.A. THOMAS, Circuit Judges.

Fredi Chi-Poot petitions for review of the Board of Immigration Appeals'

June 28, 2022 decision denying his motion to reconsider and his motion to

reopen. Chi-Poot did not address this decision or any of its reasoning in his

opening brief. He thus forfeited the opportunity to contest the Board's decision.

*See Corro-Barragan v. Holder*, 718 F.3d 1174, 1177 n.5 (9th Cir. 2013). The

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

arguments Chi-Poot has presented, moreover, are not properly before this court. Those arguments concern issues the Board addressed in its November 8, 2019 and January 25, 2021 decisions, which Chi-Poot has not appealed. *See* 8 U.S.C. § 1252(a)(5) (a petition for review is "the sole and exclusive means for judicial review of an order of removal" entered under the Immigration and Nationality Act).[1]

**PETITION DENIED.**

---

[1] The Board did not, in any event, abuse its discretion in denying Chi-Poot's motions. His motion to reconsider was untimely, *see* 8 U.S.C. § 1229a(c)(6)(B); 8 C.F.R. § 1003.2(b)(2), and his motion to reopen was both untimely, *see* 8 U.S.C. § 1229a(c)(7)(C)(i); 8 C.F.R. § 1003.2(c)(2), and number-barred, *see* 8 U.S.C. § 1229a(c)(7)(A); 8 C.F.R. § 1003.2(c)(2). None of the exceptions to the time or number limitations on motions to reopen apply here. *See* 8 U.S.C. § 1229a(c)(7); 8 C.F.R. 1003.2(c)(3).